**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL R. SPENGLER, | ) Case No. 2:20-cv-06892-DOC-SP |
|         Plaintiff, | ) |
|     v. | ) **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| TTCF EYE CLINIC, et al., | ) |
|         Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment will be entered dismissing the First Amended Complaint and this action without leave to amend.

Dated: __July 19, 2023__

                                               *David O. Carter*
                                      HONORABLE DAVID O. CARTER
                                      UNITED STATES DISTRICT JUDGE