# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. SPENGLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TTCF EYE CLINIC, et al.,<br><br>　　　　　Defendants. | Case No. 2:20-cv-06892-DOC-SP<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the First Amended Complaint and this action are dismissed without leave to amend.

Dated: July 19, 2023

　　　　　　　　　　　　　　　　　　／s／ David O. Carter
　　　　　　　　　　　　　　　　　HONORABLE DAVID O. CARTER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE